**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**SPIRIT MONKEY, LLC,**

    *Plaintiff*,

**v.**                                                                 **Case No. SA-20-CV-0342-JKP**

**IMAGESTUFF.COM, INC.,**

    *Defendant*.

### ORDER OF DISMISSAL

Based upon the *Agreed Stipulation for Dismissal with Prejudice* (ECF No. 36), this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties shall each bear their own costs, attorneys' fees, and expenses. As reflected in the Stipulation, the parties have stipulated that the dismissal is on the merits.

    **SIGNED this 14th day of April 2021.**

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**